*[Margin stamp: 10/05/2018 Motion allowed. /s/ Joan N. Feeney]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In Re:  ZOE GREENE                                                  Chapter 13
                                                                    Debtor Case No:  18-13461

# MOTION TO EXTEND TIME

Now comes the Debtor's counsel who respectfully requests that the Court extend the deadline set for the filing of the remaining documents from the original date of 2018 of Thursday, October 11, 2018 to Monday, October 15, 2018

As reason therefor, the Debtor's counsel needs further time to gather information concerning for the proper preparation of the foregoing bankruptcy documents.

Dated:  10-05-18                                /s/Gregory M. Sullivan, Esquire
                                                Gregory  M. Sullivan, Esq.
                                                126 Essex Street
                                                Malden, MA 02148
                                                Tel. (1381)322-0090
                                                BBO#4859130